IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JACK WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00119-CEA-JEM |
| | ) |
| KATOM RESTAURANT SUPPLY, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO QUASH NOTICES OF DEPOSITION OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER

**COMES NOW** the Defendant, KaTom Restaurant Supply, Inc. ("KaTom"), by and through the undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and hereby moves this Honorable Court for entry of an order quashing certain Notices of Deposition purportedly served by Plaintiff Jack Ward ("Plaintiff") or, in the alternative, for entry of a protective order directing that Plaintiff may not take the depositions identified herein.

In support of this Motion, KaTom submits a Memorandum of Law (the "Memorandum") contemporaneously herewith and further states as follows:

1. The Scheduling Order entered in this matter on May 21, 2024 (the "Scheduling Order"), ordered that "[a]ll discovery—including the taking of depositions, requests for admission, and all discovery-related motion practice—shall be completed by May 27, 2025. After that date, the Court will not involve itself in any disputes that may arise." [Doc. 14 at ¶5(e).]

2. On April 11, 2025, Plaintiff first requested to schedule a single deposition in this matter (i.e., the Rule 30(b)(6) deposition of KaTom).

1

3. On May 8, 2025, Plaintiff first requested dates for the depositions of a total of six (6) fact witnesses in this matter.

4. On May 16, 2025, Plaintiff served seven (7) Notices of Deposition (collectively, the "Notices of Deposition") to KaTom's counsel, which noticed depositions on May 21, 22, and 23, 2025—between five (5) and seven (7) days from the date the Notices of Deposition were served.

5. In the Notices of Deposition, Plaintiff unreasonably demands that witnesses testify (1) beginning at 6:00 p.m. on multiple dates, (2) during a witness's federally protected paternity leave, and (3) on a date when KaTom's counsel will both be unavailable, which would require them to cancel longstanding plans with their families.

6. KaTom has diligently attempted to schedule these depositions at agreeable times, but KaTom is unable to conduct these depositions at the times Plaintiff demands.

7. Rule 30(b)(1) of the Federal Rules of Civil Procedure provides that "[a] party who wants to depose a person by oral questions must give reasonable notice to every other party." FED. R. CIV. P. 30(b)(1).

8. Here, Plaintiff did not provide reasonable notice of these depositions to KaTom.

9. Beyond Plaintiff's untimeliness, five (5) of the Notices of Deposition are unreasonable because they notice depositions beginning at abnormal hours, during a witness's paternity leave, and on a date when KaTom's counsel will both be unavailable.

10. Accordingly, the Notices of Deposition to Michael Holbert, Mike Rudd, Charley Bible, James Rogers, and Patricia Bible (the "Disputed Notices") should be quashed.

11. Alternatively, the Court should enter a protective order pursuant to Rule 26(c) directing that KaTom and the witnesses designated in the Disputed Notices have no duty to attend the depositions noticed in the Disputed Notices.

12. As described in the Memorandum, KaTom has in good faith conferred with Plaintiff in an effort to resolve this dispute without court action. *See* FED. R. CIV. P. 26(c)(1).

**WHEREFORE**, Defendant KaTom Restaurant Supply, Inc. respectfully moves this Honorable Court for entry of an Order quashing Plaintiff Jack Ward's Notices of Deposition to Michael Holbert, Mike Rudd, Charley Bible, James Rogers, and Patricia Bible in their entirety and directing that KaTom and each witness has no obligation to appear at the dates and times set in the Notices. Alternatively, KaTom moves for entry of a protective order directing that Plaintiff may not take the depositions identified herein.

**RESPECTFULLY SUBMITTED** this 19th day of May, 2025.

/s/ *Penny A. Arning*
Allison S. Jackson (BPR # 029230)
Penny A. Arning (BPR # 017874)
EGERTON, MCAFEE, ARMISTEAD
 & DAVIS, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN, 37902
Phone: 865-546-0500
Fax: 865-525-5293
Email: ajackson@emlaw.com
         parning@emlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2025, a copy of the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.

By: */s/ Penny A. Arning*