# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JACK WARD, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>KATOM RESTAURANT SUPPLY, )<br>INC., )<br>    Defendant. ) | Case No.: 3:24-CV-119<br><br>Judge Atchley<br>Magistrate Judge McCook |

| | |
|---|---|
| VAN KINSEY-BENT, ]<br>]<br>    Plaintiff, ]<br>]<br>vs. ]<br>]<br>KATOM RESTAURANT SUPPLY, ]<br>INC., ]<br>]<br>    Defendant. ]<br>] | Case No. 3:24-CV-00237<br><br>Judge Atchley<br>Magistrate Judge McCook |

## PLAINTIFFS' FINAL WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i) and Paragraph 5(d) of this Court's Scheduling Order (Doc. 14), Plaintiffs, by and through counsel, provides the following Final Witness List.

| | WILL CALL | MAY CALL | ADDRESS AND TELEPHONE NUMBER |
|---|---|---|---|
| Jack Ward | X | | c/o Zachary Brown<br>1625 Broadway, Suite 601<br>Nashville, TN 37203<br>(615) 850-0632 |
| Van Kinsey-Bent | X | | c/o Zachary Brown<br>1625 Broadway, Suite 601<br>Nashville, TN 37203 |

|  |  |  |  | (615) 850-0632 |
|---|---|---|---|---|
| **Charley Bible** |  | X |  | c/o Penny Arning<br>900 S. Gay Street, 14th Floor<br>Knoxville, TN, 37902<br>Phone: 865-546-0500 |
| **Patricia Bible** |  | X |  | c/o Penny Arning<br>900 S. Gay Street, 14th Floor<br>Knoxville, TN, 37902<br>Phone: 865-546-0500 |
| **James Rogers** | X |  |  | c/o Penny Arning<br>900 S. Gay Street, 14th Floor<br>Knoxville, TN, 37902<br>Phone: 865-546-0500 |
| **Travis Clemmons** | X |  |  | c/o Penny Arning<br>900 S. Gay Street, 14th Floor<br>Knoxville, TN, 37902<br>Phone: 865-546-0500 |
| **Michael Holbert** |  | X |  | c/o Penny Arning<br>900 S. Gay Street, 14th Floor<br>Knoxville, TN, 37902<br>Phone: 865-546-0500 |
| **Mike Rudd** |  | X |  | c/o Penny Arning<br>900 S. Gay Street, 14th Floor<br>Knoxville, TN, 37902<br>Phone: 865-546-0500 |
| **Bill Seale** |  | X |  | c/o Penny Arning<br>900 S. Gay Street, 14th Floor<br>Knoxville, TN, 37902<br>Phone: 865-546-0500 |
| **Lindsey Myers** |  | X |  | c/o Zachary Brown<br>1625 Broadway, Suite 601<br>Nashville, TN 37203<br>(615) 850-0632 |
| **Natalie McQuilkin** |  | X |  | 4304 Tynemouth Drive,<br>Knoxville, TN 37914.<br>(865) 805-4844 |
| **Madeline Sheen** |  | X |  | 431 Loudon Avenue<br>Maryville, TN 37804.<br>(315) 767-5475 |
| **Holly Pate** |  | X |  | c/o Zachary Brown<br>1625 Broadway, Suite 601<br>Nashville, TN 37203<br>(615) 850-0632 |
| **Kaycie Clute** |  | X |  | 3000 NE 151st Street<br>Building N10, Apt 905-D,<br>North Miami, FL 33181. |

| | | | |
|---|---|---|---|
| | | | (865) 255-4339 |
| **Maddox Ciroula** | | X | 916 Bradley Bell Drive, Knoxville, TN 37938. (865) 405-5628. |
| **Paige Roberts** | | X | 2130 Wentletrap Way North Myrtle Beach, SC 29582. (423) 534-8488 |
| **Jordan Stephens** | | X | 834 Spring Park Road, Knoxville, TN 37914. (423) 295-5874. |
| **Winter (Last Name Unknown)** | | X | 5116 Sinclair Drive, Knoxville, TN 37914. (865) 456-2323 |
| **Deambra (Last Name Unknown)** | | X | c/o Zachary Brown 1625 Broadway, Suite 601 Nashville, TN 37203 (615) 850-0632 |
| **Hannah (Last Name Unknown)** | | X | c/o Zachary Brown 1625 Broadway, Suite 601 Nashville, TN 37203 (615) 850-0632 |
| **Audra Fegley** | | X | 408 North Cedar Bluff Road, Knoxville, TN 37923. (865) 888-5818. |
| **Cassie Bennett McCarthy** | | X | 718 East Emerald Avenue, Knoxville, TN 37917. (865) 309-8139. |
| **Delaney Pierce** | | X | c/o Penny Arning 900 S. Gay Street, 14th Floor Knoxville, TN, 37902 Phone: 865-546-0500 |
| **Derrick Hodges** | | X | c/o Penny Arning 900 S. Gay Street, 14th Floor Knoxville, TN, 37902 Phone: 865-546-0500 |
| **Paula Chesworth** | | X | c/o Penny Arning 900 S. Gay Street, 14th Floor Knoxville, TN, 37902 Phone: 865-546-0500 |

Respectfully Submitted

**THE EMPLOYMENT
AND COMMERCE LAW GROUP**

/s/ *Zachary Walker Brown*
Jonathan Street, BPR No. 021712
Zachary Walker Brown, BPR No. 037509
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of August 2025 a copy of the foregoing document was delivered the Court's ECF platform to the following:

Allison S. Jackson (BPR # 029230)
Penny A. Arning (BPR # 017874)
**EGERTON, MCAFEE, ARMISTEAD
& DAVIS, P.C.**
900 S. Gay Street, 14th Floor
Knoxville, TN, 37902
Phone: 865-546-0500
Fax: 865-525-5293
Email: ajackson@emlaw.com
parning@emlaw.com

*Attorneys for Defendant*

/s/ *Zachary Walker Brown*
Zachary Walker Brown