IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JACK WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-cv-00119-CEA-JEM |
| ) | |
| KATOM RESTAURANT SUPPLY, INC., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| VAN KINSEY-BENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-CV-00237-CEA-JEM |
| ) | |
| KATOM RESTAURANT SUPPLY, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S FINAL WITNESS LIST – JACK WARD

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i) and Paragraph 1(b) of the Court's Consolidated Scheduling Order (Doc. 28), Defendant KaTom Restaurant Supply, Inc. ("KaTom") hereby discloses this final list of witnesses which it may present at the trial of Plaintiff Jack Ward's case or call if the need arises, other than solely for impeachment.

1. Witnesses which KaTom expects to present at trial:

| | Name | Address | Phone Number | Live or by Deposition |
|---|---|---|---|---|
| 1. | Travis Clemmons | c/o Allison S. Jackson or Penny A. Arning | (865) 546-0500 | Live |

|   | Name | Address | Phone Number | Live or by Deposition |
|---|---|---|---|---|
|   |   | 900 S. Gay Street, Suite 1400 Knoxville, TN 37902 |   |   |
| 2. | Mike Rudd | c/o Allison S. Jackson or Penny A. Arning 900 S. Gay Street, Suite 1400 Knoxville, TN 37902 | (865) 546-0500 | Live |
| 3. | Michael Holbert | c/o Allison S. Jackson or Penny A. Arning 900 S. Gay Street, Suite 1400 Knoxville, TN 37902 | (865) 546-0500 | Live |
| 4. | Charley Bible | c/o Allison S. Jackson or Penny A. Arning 900 S. Gay Street, Suite 1400 Knoxville, TN 37902 | (865) 546-0500 | Live |
| 5. | James Rogers | c/o Allison S. Jackson or Penny A. Arning 900 S. Gay Street, Suite 1400 Knoxville, TN 37902 | (865) 546-0500 | Live |

    **2.**    Witnesses which KaTom may call if the need arises:

|   | Name | Address | Phone Number | Live or by Deposition |
|---|---|---|---|---|
| 1. | Any witness identified by Plaintiff |   |   |   |

**RESPECTFULLY SUBMITTED** this 5th day of August, 2025.

/s/ *Penny A. Arning*
Allison S. Jackson (BPR # 029230)
Penny A. Arning (BPR # 017874)
EGERTON, MCAFEE, ARMISTEAD
 & DAVIS, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN, 37902
Phone: 865-546-0500
Fax: 865-525-5293
Email: ajackson@emlaw.com
parning@emlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2025, a copy of the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.

By: /s/ *Penny A. Arning*