IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JACK WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00119-CEA-JEM |
| | ) |
| KATOM RESTAURANT SUPPLY, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF JACK WARD**

**COMES NOW** the Defendant, KaTom Restaurant Supply, Inc. ("KaTom"), by and through the undersigned counsel, and respectfully moves for judgment as a matter of law pursuant to Fed. R. Civ. P. 56(a) on all claims asserted by Plaintiff Jack Ward. There are no genuine issues of material fact in dispute, and Plaintiff's claims of sex discrimination, hostile work environment harassment, and retaliation, pursuant to 42 U.S.C. § 2000e, *et seq.* ("Title VII"), should be dismissed. In support of this motion, KaTom states:

1. Plaintiff cannot establish a prima facie case of discrimination on the basis of sex because he cannot show that he was treated differently than similarly situated, non-protected employees. Further, even if, *arguendo*, Plaintiff could establish a prima facie case of discrimination, he cannot show that the legitimate, non-discriminatory reasons for his termination were pretext for discrimination.

2. Plaintiff cannot establish a prima facie case of retaliation because, by his own admission, he did not engage in any protected activity. Further, Plaintiff cannot show a causal

connection between any alleged protected activity and his termination or that the reasons for his termination were pretext for retaliation.

3. Plaintiff cannot establish a prima facie case of hostile work environment sexual harassment because (a) he cannot show that he was subjected to discriminatory ridicule, intimidation, or insult, (b) that, under the totality of the circumstances, the alleged harassment was objectively severe or pervasive, or (c) that he can satisfy the standard for employer liability.

For all of the foregoing reasons and those set forth in the accompanying Memorandum of Law with supporting testimony and exhibits, KaTom respectfully moves this Honorable Court to grant summary judgment on all of Plaintiff Ward's claims and dismiss this case with prejudice.

**RESPECTFULLY SUBMITTED** this 30th day of September, 2025.

/s/ *Penny A. Arning*
Allison S. Jackson (BPR # 029230)
Penny A. Arning (BPR # 017874)
EGERTON, MCAFEE, ARMISTEAD
 & DAVIS, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN, 37902
Phone: 865-546-0500
Fax: 865-525-5293
Email: ajackson@emlaw.com
           parning@emlaw.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2025, a copy of the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.

By: /s/ Penny A. Arning