IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JACK WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-cv-00119-CEA-JEM |
| ) | |
| KATOM RESTAURANT SUPPLY, INC., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| VAN KINSEY-BENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-CV-00237-CEA-JEM |
| ) | |
| KATOM RESTAURANT SUPPLY, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF VAN KINSEY-BENT**

**COMES NOW** the Defendant, KaTom Restaurant Supply, Inc. ("KaTom"), by and through the undersigned counsel, and respectfully moves for judgment as a matter of law pursuant to Fed. R. Civ. P. 56(a) on all claims asserted by Plaintiff Van Kinsey-Bent. There are no genuine issues of material fact in dispute and Plaintiff's claim of sex discrimination, pursuant to 42 U.S.C. § 2000e, *et seq.* ("Title VII"), should be dismissed. In support of this motion, KaTom states:

1. Plaintiff cannot establish a prima facie case of discrimination on the basis of sex because he cannot show that he was treated differently than similarly situated, non-protected employees; and

2. Even if, *arguendo*, Plaintiff could establish a prima facie case of discrimination, he cannot show that the legitimate, non-discriminatory reasons for his termination were pretext for discrimination.

For the foregoing reasons, and for the reasons set forth in the accompanying Memorandum of Law with supporting testimony and exhibits, KaTom respectfully moves this Honorable Court to grant summary judgment on all claims and dismiss Plaintiff Kinsey-Bent's case with prejudice.

**RESPECTFULLY SUBMITTED** this 30th day of September, 2025.

/s/ *Penny A. Arning*
Allison S. Jackson (BPR # 029230)
Penny A. Arning (BPR # 017874)
EGERTON, MCAFEE, ARMISTEAD
 & DAVIS, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN, 37902
Phone: 865-546-0500
Fax: 865-525-5293
Email: ajackson@emlaw.com
         parning@emlaw.com

*Attorneys for Defendant KaTom Restaurant Supply, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2025, a copy of the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.

By: /s/ *Penny A. Arning*