IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JACK WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00119-CEA-JEM |
| | ) |
| KATOM RESTAURANT SUPPLY, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RULE 26(a)(3) DISCLOSURES AS TO PLAINTIFF JACK WARD**

**COMES NOW** the Defendant, KaTom Restaurant Supply, Inc. ("KaTom"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(3) and Paragraph 1(d) of the Court's Consolidated Scheduling Order [Doc. 28, PageID#248] and hereby discloses the following information as to Plaintiff Jack Ward. Copies of the documents or other exhibits referenced below have been provided to Plaintiff's counsel electronically.

1. <u>Fed. R. Civ. P. 26(a)(3)(A)(ii) -- Designation of depositions, or portions thereof, to be placed in evidence other than solely for impeachment</u>.

None.

2. <u>Fed. R. Civ. P. 26(a)(3)(A)(iii) – Documents or other exhibits which KaTom expects to offer, other than solely for impeachment</u>.

| Document Description | Document Bates / Exhibit Number |
|---|---|
| Jack Ward personnel and payroll records from Bechtel and Bechtel Certification of Records | BECHTEL_WARD_JACK 000001, 000003-11, 000017-44 |
| Jack Ward 2023 Form 1040 | JWARD00255-261 / Ward Depo. Exhibit 3 |
| KaTom Commercial Kitchen Designer Job Description | KATOM000017-19 / Ward Depo. Exhibit 6 |

| Jack Ward Resume to KaTom | KATOM000004-6 / Rule 30(b)(6) Depo. Exhibit 3 |
| --- | --- |
| Jack Ward Offer of Employment Letter – January 5, 2023 | KATOM000001-2 / Ward Depo. Exhibit 7 |
| Jack Ward Associate Acknowledgement & Receipt of Handbook | KATOM000012 / Ward Depo. Exhibit 8 |
| KaTom Associate Handbook | KATOM000020-55 |
| Jack Ward Teams messages | KATOM000097-003723 |
| January 27, 2023 Jack Ward e-mail to Travis Clemmons | KATOM004011 / Ward Depo. Exhibit 24 |
| Jack Ward audio recording | JWARD00273 / Ward Depo. Exhibit 25 |
| Travis Clemmons notes to Jack Ward personnel file January 26, 2023 | KATOM000013 / Rule 30(b)(6) Depo. Exhibit 23 |
| Jack Ward Petition and Order for Change of Name | JWARD00145-148 / Ward Depo. Exhibit 21 |
| Jack Ward payroll records from KaTom | KATOM003724-003726 |

3. <u>Fed. R. Civ. P. 26(a)(3)(A)(iii) – Documents or other exhibits which KaTom may offer if the need arises, other than solely for impeachment</u>.

| Document Description | Document Bates / Exhibit Number |
| --- | --- |
| Jack Ward Resume - Bechtel | JWARD00262-265 / Ward Depo. Exhibit 5 |
| Jack Ward Separation Notice February 16, 2023 | KATOM000014 / Rule 30(b)(6) Depo. Exhibit 6 |
| Jack Ward KaTom UKG employee profile | Rule 30(b)(6) Depo. Exhibit 34 |
| Jack Ward medical records from Audra Fegley | KATOM004012-4075 |
| Jack Ward medical records from Cassie Bennett McCarty | KATOM004076-4089 |
| February 16, 2023 Jack Ward text messages with Lane Hall | JWARD00002 / Ward Depo. Exhibit 31 |
| February 16, 2023 Jack Ward text messages with Kaitlyn Harless | JWARD00003 / Ward Depo. Exhibit 32 |
| February 17, 2023 Jack Ward text messages with Blair Dean | JWARD00004-5 / Ward Depo. Exhibit 33 |
| February 17, 2023 Jack Ward text messages with Paige Roberts | JWARD00006-7 / Ward Depo. Exhibit 34 |
| Defendant's Answers to Plaintiff's Second Set of Interrogatories | Served October 24, 2024 |
| Defendant's Amended and Supplemental Answers to Plaintiff's Second Set of Interrogatories | Served July 25, 2025 |

2

| | |
|---|---|
| Any documents or other exhibits offered by Plaintiff | |
| Any document introduced by Plaintiff or identified in Plaintiff's Rule 26(a)(3) Disclosures | |
| Any exhibit introduced at the deposition of Jack Ward | |
| Any exhibit introduced at the deposition of Van Kinsey-Bent | |
| Any exhibit introduced during KaTom's Rule 30(b)(6) deposition | |
| Documents or other exhibits offered for impeachment or demonstrative purposes | |

**RESPECTFULLY SUBMITTED** this 20th day of January, 2026.

/s/ *Penny A. Arning*
Allison S. Jackson (BPR # 029230)
Penny A. Arning (BPR # 017874)
EGERTON, MCAFEE, ARMISTEAD
 & DAVIS, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN, 37902
Phone: 865-546-0500
Fax: 865-525-5293
Email: ajackson@emlaw.com
             parning@emlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2026, a copy of the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.

By: */s/ Penny A. Arning*