UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **Jack Ward,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )    No.: 3:24-cv-00119-CEA-JEM |
| | ) |
| **Katom Restaurant Supply, Inc.,** | ) |
| | ) |
|     **Defendant.** | |

## NOTICE OF WITHDRAWAL

Plaintiff, Jack Ward, by and through counsel and pursuant to Local Rule 83.01(g) respectfully files this Notice of Withdrawal.

Plaintiff's counsel of record Zachary Walker Brown accepted another employment position and will no longer be employed by the Employment and Commerce Law Group. Plaintiff remains represented by another attorney of record at The Employment and Commerce Law Group. Plaintiff was informed that Mr. Brown would be leaving the firm.

DATED: February 13, 2026.

                Respectfully submitted,

                **THE EMPLOYMENT & COMMERCE LAW GROUP**

                */s/ Zachary Walker Brown*
                **Jonathan A. Street, BPR No. 027172**
                **Zachary Walker Brown, BPR No. 037509**
                1625 Broadway, Suite 601
                Nashville, TN 37203
                (615) 850-0632
                street@eclaw.com
                zach@eclaw.com

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via the Court's CM/ECF System and via electronic mail this 13th day of February 2026 to the following:

Allison S. Jackson (BPR # 029230)
Penny A. Arning (BPR # 017874)
EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street, 14thFloor
Knoxville, TN, 37902
Phone: 865-546-0500
Fax: 865-525-5293
Email:ajackson@emlaw.com
parning@emlaw.com

*Counsel for Defendant*

/s/ *Zachary Walker Brown*
Zachary Walker Brown