# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JACK WARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-00119-CEA-JEM ) |
| KATOM RESTAURANT SUPPLY, INC., | ) ) |
| Defendant. | ) |

## JOINT NOTICE OF SCHEDULED MEDIATION

**COME NOW** Plaintiff Jack Ward and Defendant KaTom Restaurant Supply, Inc. ("KaTom"), pursuant to the Court's Order dated January 23, 2026 (Doc. 51), and hereby provide notice that they have mutually agreed to mediate this case on March 18, 2026, in Knoxville, Tennessee. Attorney Chris W. McCarty of Lewis Thomason, P.C. has agreed to serve as the mediator.

**RESPECTFULLY SUBMITTED** this the 13th day of February, 2026.

By: /s/ Jonathan Street by Penny A. Arning with permission
Jonathan Street (BPR # 021712)
Zachary Walker Brown (BPR # 037509)
The Employment and Consumer Law Group
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
Email: street@eclaw.com
       zach@eclaw.com
*Attorneys for Plaintiff Jack Ward*

By: /s/ Penny A. Arning
Allison S. Jackson (BPR # 029230)
Penny A. Arning (BPR # 017874)
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN  37902
Phone: (865) 546-0500
Fax: 865-525-5293
Email: ajackson@emlaw.com
       parning@emlaw.com
*Attorneys for Defendant KaTom Restaurant Supply, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2026, a copy of the foregoing document has been filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.

By: *s/ Penny A. Arning*
    Penny A. Arning