**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| JACK WARD, | ) | |
| | ) | Case No. 3:24-cv-119 |
| *Plaintiff,* | ) | |
| | ) | Judge Atchley |
| v. | ) | |
| | ) | Magistrate Judge McCook |
| KATOM RESTAURANT SUPPLY, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

## <u>ORDER</u>

This matter is before the Court *sua sponte* for case management purposes. The Court previously referred this matter to mediation pursuant to Local Rule 16.4. [Doc. 51]. Following entry of this Order, the parties selected attorney Chris W. McCarty of Lewis Thomason, P.C. to serve as their mediator and notified the Court that they intended to mediate this case on March 18, 2026. [Doc. 53]. Roughly four weeks have passed since March 18, and the Court has not received anything from the parties indicating whether mediation was or was not successful. Accordingly, the Court finds it appropriate to receive a joint report from the parties regarding the status of this matter.

**On or before April 29, 2026**, the parties **SHALL** file a joint report indicating whether mediation has concluded or is still ongoing. If mediation has concluded, the joint report **SHALL** state whether mediation was successful or whether this matter needs to be reset for trial. If this matter needs to be reset for trial, the joint report **SHALL** list proposed trial dates. If the parties have fully settled this matter—whether through mediation or other efforts—they may file a stipulation of dismissal in lieu of a status report.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**