**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **JACK WARD,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | **Case No. 3:24-CV-119** |
| **v.** ) | |
| ) | Judge Atchley |
| **KATOM RESTAURANT SUPPLY,** ) | |
| **INC.,** ) | Magistrate Judge McCook |
| ) | |
| *Defendant.* ) | |
| ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, acting through their respective counsel of record, hereby stipulate that all claims and counterclaims in this case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This Stipulation of Dismissal with prejudice concludes this case.

Respectfully submitted this 29th day of April 2026.

<table>
<tr>
<td>

/s/Jonathan A. Street
Jonathan A. STREET (BPR #021712)
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
street@eclaw.com
*Attorney for Plaintiff*

</td>
<td>

/s/ Allison S. Jackson
Allison S. Jackson (BPR #029230)
Penny A. Arning (BPR #017874)
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN 37902
(865) 546-0500
ajackson@emlaw.com
parning@emlaw.com
*Attorneys for Defendant*

</td>
</tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2026, a copy of the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail or hand-delivery. Parties may access this filing through the Court's electronic filing system.

*/s/ Jonathan A. Street*
Jonathan A. Street